IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SANDRA M. HARTWIG,

    Plaintiff,

v.                                                              CV No. 19-1017 JFR/CG

ONPOINTE,

    Defendant.

### ORDER QUASHING ORDER TO SHOW CAUSE

**THIS MATTER** is before the Court on Plaintiff's *Request for Clerk's Entry of Default*, (Doc. 9), filed May 15, 2020, and the Court's *Order to Show Cause*, (Doc. 8), filed May 11, 2020. The Court, having reviewed Plaintiff's filing in light of the *Order to Show Cause* and noting the Clerk has granted Plaintiff's request for relief, (Doc. 10), finds the *Order to Show Cause* is hereby **QUASHED**.

    **IT IS SO ORDERED**.

                                                    _____
                                                    THE HONORABLE CARMEN E. GARZA
                                                    CHIEF UNITED STATES MAGISTRATE JUDGE