IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SANDRA M. HARTWIG,

    Plaintiff,

vs.                                                            No. CV 19-1017 KG/CG

ONPOINTE,

    Defendant.

## DEFAULT JUDGMENT

Having granted in part Plaintiff Sandra Hartwig's Motion for Default Judgement [*sic*] (Doc. 12) by entering a Memorandum Opinion and Order contemporaneously with this Default Judgment,

    IT IS ORDERED that

1. Default Judgment is entered against Defendant OnPointe on the ADEA retaliation claim in the amount of $122,211.17; and

2. This case is now terminated.

_____
UNITED STATES DISTRICT JUDGE